■ COUNTY OF ERIE, Appellant-Respondent, v. LAFAYETTE HOTEL COMPANY, Respondent-Appellant, and WESTERN NEW YORK MOTOR LINES, INC.,

Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs to the respondent Lafayette Hotel Company against the appellant County of Erie. (Cross appeals from judgment of Erie Special Term for defendants in a condemnation proceeding, also appeal by plaintiff from an order of the same court and Justice denying a rehearing and a reduction in damages.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.